

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 3/27/2024

March 27, 2024

Granted.

SO ORDERED:

3/27/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Via ECF
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
South District of New York
40 Foley Square, Room 2201
New York, New York 10007

> RE: **Ferrando-Guerra, et al vs. Zestful Management Corp.,**
> **Docket No.: 1:23-cv-8123**

Dear Judge Lehrburger :

  We represent Plaintiffs in the above docketed employment matter.  In compliance with Rule Rule I(F) of this Court's individual practice rules, we write now to respectfully request a two-week extension of time to submit the parties' settlement agreement and motion for settlement approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), from March 29, 2024 to April 12, 2024.  Counsel for Defendant consents to this request.

  The reason for this request is that the undersigned has had numerous pressing legal deadlines since the date of the settlement conference due to staff turnover.  Accordingly, the undersigned respectfully requests a two-week extension of time to submit the parties' settlement agreement and Cheeks submission, from March 29, 2024 to April 12, 2024.  We thank the court for its attention to this matter.

     Respectfully Submitted,

     BELL LAW GROUP, PLLC

     *Chaya M. Gourarie*

CG/cc        Chaya M. Gourarie, Esq.