UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA NOEL FERRANDO-GUERRA *and* ARTURO LOPEZ GOMEZ, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ZESTFUL MANAGEMENT CORP. D/B/A BAR SIX,<br><br>　　　　　　　　　　　　　　Defendant. | 23 Civ. 8123 (PAE) (RWL)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The parties have submitted a proposed settlement agreement, Dkt. 25 ("Agreement"), in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement.

The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $28,000 to plaintiffs, and $14,000 in attorneys' fees to plaintiffs' attorney, Chaya M. Gourarie, plus an additional $500 in filing and service costs. The Agreement therefore allocates one-third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees.

Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 11, 2024
New York, New York