UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA NOEL FERRANDO-GUERRA and ARTURO LOPEZ GOMEZ, *on behalf of themselves and others similarly situated,*

        Plaintiff,

- against -

ZESTFUL MANAGEMENT CORP. D/B/A BAR SIX,

        Defendant.

Docket No.: 1:23- cv-08123(PAE)(RWL)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED that in accordance with FRCP 41(a)(1)(A)(ii), this action has been discontinued and is hereby dismissed with prejudice in its entirety and without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: Hawthorne, New York
      August 20, 2024

THE BELL LAW GROUP PLLC

By: _____
Chaya M. Gourarie, Esq.
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
CG@belllg.com
*Attorneys for Plaintiff*

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: _____
Hillary J. Raimondi, Esq.
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Tel: (914) 347-2600
Email: hraimondi@tlsslaw.com
*Attorneys for Defendant*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2024
      New York, New York